

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00144-CR

_____

ELIJAH WATSON, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 427th Judicial District Court
Travis County, Texas
Trial Court No. D-1-DC-10-200398

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Elijah Watson, Jr.,[1] appellant, has filed with this Court a motion to dismiss his appeal.[2] The motion is signed by Watson and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted: December 6, 2011
Date Decided: December 7, 2011

Do Not Publish

---

[1]The trial court's judgment lists the appellant's name as "Elijah Watson"; however, the appellant signs his name "Elijah Watson, Jr."

[2]Originally appealed to the Fifth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2005).